IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BOOKER T. WESTBROOK                                                                PETITIONER
ADC #075892

V.                                          NO.  5:08cv00267 SWW

LARRY NORRIS, Director,                                                            RESPONDENT
Arkansas Department of Correction

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus in its entirety, without prejudice.  Any pending motions are denied as moot.

IT IS SO ORDERED this 29th day of December, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE